# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMES FRUGE

NO. 2024 KW 0124

**MARCH 22, 2024**

---

In Re:    James Fruge, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, Nos. 14-CR4-125203 & 125294.

---

**BEFORE:    McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT GRANTED.** The district court is instructed to act on relator's motion to correct an illegal sentence, filed December 5, 2023, on or before May 15, 2024, and to provide this court with a copy of its ruling by May 29, 2024.

> **PMc**
> **CHH**
> **SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT